# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Silva | ) | Case No. |
| | ) | 25-mj-6598-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 29, 2025  in the county of  Middlesex  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damaging any property used in interstate commerce |

This criminal complaint is based on these facts:

Please see attached affidavit of Trooper Michael P. Callahan, FBI TFO attached hereto and incorporated herein.

☑ Continued on the attached sheet.

/s/ Michael P. Callahan

*Complainant's signature*

Trooper Michael P. Callahan, FBI TFO

*Printed name and title*

By telephone

Sworn to before me and signed ~~in my presence~~.

Date: October 29, 2025

City and state:  Boston, MA

Hon. M. Page Kelley U.S. Magistrate Judge

*Judge's signature*

*Printed name and title*