25-6598-MPK

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Michael P. Callahan, do hereby depose and state as follows:

**INTRODUCTION AND OFFICER BACKGROUND**

1. I am a State Trooper with the Massachusetts State Police and have been so employed for 14 years. I am a graduate of the 80th Recruit Training Troop of the Massachusetts State Police Academy. I am currently assigned to the Division of Investigative Services, Special Investigations Unit of the Massachusetts State Police, as well as to the Federal Bureau of Investigation's ("FBI") Violent Crimes Task Force ("Task Force"). The Task Force is comprised of personnel from the FBI, as well as the Massachusetts State Police, Boston, Somerville, Malden, and Dedham Police Departments. The Task Force investigates bank robberies, as well as violent crimes, which are punishable under federal and state law.

2. I am a graduate of Curry College, where I earned a Bachelor of Science degree in Criminal Justice, and of Northeastern University, where I earned a Master of Science degree in Global Criminal Justice. I have also been a member of the U.S. Air Force since April 2003 and currently hold the rank of Master Sergeant.

3. During my law enforcement career, I have received training and gained experience in search and seizure, the use of confidential human sources, electronic and video surveillance, international and domestic terrorism, drug offenses, violent crimes, computer crimes, money laundering, fraud, and various other crimes. As a result of my training and experience, I am familiar with the tactics, methods, and techniques employed by individuals involved in criminal activity, including the use of computers, cell phones, social media, email, and the internet in connection with their illicit activities. I have participated in the execution of numerous state and federal search warrants.

4.In my current assignment with the FBI in Chelsea, Massachusetts as a federal task force officer attached to the Violent Crimes Task Force, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing criminal laws and duly authorized by the Attorney General to request a search warrant.

5.I submit this affidavit in support of a criminal complaint charging Christopher James SILVA ("SILVA") (YOB 1982) of Stoneham, MA with one count of maliciously damaging, by means of an explosive, the Eastern Bank exterior ATM located at 299 Mishawum Road, Woburn, MA, in violation of 18 U.S.C. § 844(i).

6.The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included every fact known to me concerning this investigation.

### **PROBABLE CAUSE**

*Explosion at the Eastern Bank ATM*

7.On September 4, 2025, at approximately 4:12 a.m., surveillance footage for the Eastern Bank exterior ATM showed an individual, now known to be SILVA, approach the ATM. SILVA was wearing a blue balaclava, yellow glasses on his head, a black jumpsuit with orange markings, a black and grey-colored backpack, and dark colored sneakers with red markings. The balaclava appears to be stretched over a lump at the base of SILVA's neck as if SILVA had stuffed

hair or fabric underneath it.

8. In the surveillance footage, SILVA can be seen walking up to the left side of the ATM and placing a brown or tan-colored object on the bottom right corner of the ATM. The object then begins to emit smoke, and SILVA can be seen running away. Several seconds later, the object explodes. The explosion caused significant damage to the frame and the lower right section of the ATM.

9. The blue balaclava, yellow glasses, and black jumpsuit depicted in the surveillance footage were recovered on September 8, 2025, from a nearby shared parking lot for Dunkin' Donuts, Popeye's, Chateau Restaurant, and Holiday Inn Express behind 299 Mishawum Road, which is an area accessible on foot from the Eastern Bank ATM by following the fence that separates the commercial buildings and parking lots from Route I-95. Between Conex boxes and the I-95 fence, investigators located the balaclava, yellow construction glasses, as well as a wooden walking stick. In nearby trash bags, investigators located the jumpsuit and red and grey Puma sneakers.

10. A Massachusetts State Police Crime Lab Forensic Scientist was able to collect DNA samples suitable for comparison from the interior front of the blue balaclava and yellow glasses. Analysis of the samples revealed that the DNA profile of the sample collected from the yellow glasses was a mixture of two contributors, including male, and the DNA profile of the sample collected from the blue balaclava was a mixture of three contributors, including male.

11. The DNA profile from the blue balaclava was searched in the Combined DNA Index System ("CODIS")[1] and found to be linked to the DNA profile from Christopher James Silva, DOB xx/xx/1982.

---

[1] CODIS is a national DNA database created and maintained by the FBI, which combines

12. Investigators conducted a canvass of video from nearby businesses for the date of September 4, 2025. Exterior surveillance video footage from the Chateau Restaurant at 311 Mishawum Road, Woburn, MA, showed an individual, now known to be SILVA, between 3:59 a.m. and 4:00 a.m.,[2] walking from the direction of Mishawum Road, by the Dunkin' Donuts, towards the Chateau Restaurant. SILVA was wearing dark-colored sneakers, camouflage-style shorts, a dark-colored hooded sweatshirt, a dark-colored backpack, and was using a large walking stick like the one found in the shared parking lot. No other people appeared on the surveillance footage in this area between 3:58 a.m. and 4:16 a.m.[3]

13. Approximately sixteen minutes later, after the explosion at the ATM and between 4:16 a.m. and 4:17 a.m., the video footage from the Chateau Restaurant shows SILVA wearing dark-colored sneakers, camouflage-style shorts, and a dark-colored backpack, walking away from the rear parking lot near Route I-95 past the Chateau Restaurant in the direction of Mishawum Road. SILVA was then wearing a light-colored T-shirt and a baseball-style hat and appears to have long hair tied back in a low bun at the nape of his neck.

14. Investigators continued to track SILVA's movements through surveillance videos from nearby businesses, which intermittently captured SILVA walking from the Chateau Restaurant parking lot approximately four miles to Lee Street in Stoneham, MA.

15. On Lee Street in Stoneham, investigators obtained video from a Nest Camera

---

information collected from crime scenes and other sources across the country. Further comparison of the DNA profiles from the balaclava and yellow glasses requires the submission of an evidentiary sample from SILVA.

[2] Investigators confirmed that the date on the surveillance video from the Chateau Restaurant was correct, but the time was approximately 13 minutes behind when compared to T-Mobile cellular service. The timestamp depicted in the video was 3:46 a.m. to 3:47 a.m.

[3] Per footnote 2, the timestamp depicted in the video was 3:45 a.m. to 4:03 a.m.

belonging to a resident on that street. This video shows SILVA walking past the Nest Camera in the direction of San Jose Terrace, Stoneham, at 6:03 a.m.[4] SILVA then had on a dark-colored sweatshirt, resembling the one worn during the original approach to the Chateau Restaurant. SILVA still had on dark-colored sneakers and camouflage-style shorts and was carrying a dark-colored backpack.

16. Records checks indicated that SILVA currently lives at a residence located approximately 350 feet away from where the last surveillance video footage captured him.

### *Execution of Federal Search Warrants*

17. On October 29, 2025, FBI and other law enforcement executed federal warrants (25-6578-MPK and 25-6579-MPK) to search SILVA's person and residence in Stoneham, Massachusetts for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 844(i).

18. During a search of SILVA's residence, law enforcement found a backpack that strongly resembled the backpack worn by SILVA in the Eastern Bank ATM surveillance footage. Two pictures of the backpack captured on the ATM surveillance footage are below, Images 1 and 2, and a picture of the backpack recovered from SILVA's residence is below as Image 3.

**Image 1**  **Image 2**  **Image 3**





---

[4] The date and time on this camera were accurate when compared to Verizon cellular time.

25-6598-MPK

19. Law enforcement also found a light-colored t-shirt that strongly resembled the t-shirt worn by SILVA in the Chateau Restaurant surveillance footage after the ATM explosion and in the surveillance videos from nearby businesses, which intermittently captured SILVA walking from the Chateau Restaurant parking lot approximately four miles to Stoneham, MA.

20. Further, law enforcement found in SILVA's residence a shoebox for sneakers that appeared to resemble the sneakers worn by SILVA in the Chateau Restaurant surveillance footage before and after the ATM explosion and in the surveillance videos from nearby businesses tracking SILVA back to his residence. The shoebox indicated the sneakers were a size 8.5. The red and grey Puma sneakers recovered with the balaclava, yellow glasses, and jumpsuit were size 8.5.

21. Law enforcement also seized and searched SILVA's cellphone. The phone was not locked. Forensic examination of the phone is ongoing, but an initial examination showed that in the phone's Google Chrome search history SILVA had viewed two articles on September 4, 2025 about the Eastern Bank ATM explosion. One article was by NBC Boston and the second article was on Patch.com and had the title "Lone Bomber Blows up Woburn ATM".

22. After advising him of the reason for the search, law enforcement attempted to interview SILVA. SILVA invoked his *Miranda* rights.

23. Law enforcement photographed SILVA during the search. This photograph of SILVA is below as Image 4. A photograph of SILVA wearing the balaclava taken from Eastern Bank ATM surveillance footage is below as Image 5.

Image 4   Image 5

 

**CONCLUSION**

24.    Based on all of the foregoing, I submit there is probable cause to believe that SILVA maliciously damaged or destroyed, by means of an explosive, any building or other real property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, or attempted to do so, all in violation of Title 18, United States Code, Section 844(i).

Sworn to under the pains and penalties of perjury,

/s/ Michael P. Callahan
_____
Michael P. Callahan
Trooper, Massachusetts State Police
Task Force Officer – FBI Violent Crimes Task Force

Attested to before me by the applicant on October 29, 2025
in accordance with the requirements of Fed. R. Crim. P. 4.1:

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE